# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| GLENN HEAGERTY, an individual, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:16-cv-00099-WCO |
| LUEDER LARKIN & HUNTER LLC, a Georgia Limited Liability Company, | ) NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF |
| Defendant. | ) |

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF

COMES NOW the undersigned attorney, John William Nelson, and enters his appearance as counsel for Plaintiff Glenn Heagerty in Case No. 2:16-cv-00099-WCO.

This 9 October 2018.

By: /s/ John William Nelson
John William Nelson
State Bar No. 920108
The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.   404.348.4462
Fax.  404.549.6765
john@nelsonchambers.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B). The foregoing NOTICE OF APPEARANCE was prepared on a computer, using Times New Roman 14-point font.

DATED:    9 October 2018.

/s/ John William Nelson
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.    404.348.4462
Fax.   404.549.6765

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| GLENN HEAGERTY, an individual, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 1:18-cv-03412-ELR-<br>) RGV<br>) |
| LUEDER LARKIN & HUNTER LLC, a Georgia Limited Liability Company, | ) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned electronically filed NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

John W. Nelson
john@nelsonchambers.com

John T. Lueder (johnlueder@luederlaw.com)
LUEDER LARKIN & HUNTER LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005

Daniel E. Melchi (dmelchi@luederlaw.com)
LUEDER LARKIN & HUNTER LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005

**[ADDITIONAL RECIPIENTS ON FOLLOWING PAGE.]**

1

E. Talley Gray
Law Offices of E. Talley Gray
3449-E Lawrenceville Suwanee Road
Suwanee, GA 30024
t: 678-428-4868
f: 800-878-0429
talleygray@yahoo.com

Jeffrey Vernon Mehalic
Law Offices of Jeffrey V. Mehalic
Suite 228
364 Patteson Drive
Morgantown, WV 26505
t: 304-346-3462
jeff@mehaliclaw.com


Respectfully submitted this **9 October 2018**.

                    **THE NELSON LAW CHAMBERS, LLC**

            /s/ John William Nelson
            John William Nelson
            State Bar No. 920108

            *Attorney for Plaintiff*

            The Nelson Law Chambers LLC
            2180 Satellite Blvd, Suite 400
            Duluth, Georgia 30097
            Ph.    404.348.4462
            Fax.   404.549.6765