# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

GLENN HEAGERTY,

    Plaintiff,

v.

LUEDER LARKIN & HUNTER LLC, et al,

    Defendant.

Case No.: 2:16-cv-00099-WCO

**JOINT MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)(5)**

## JOINT MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)(5)

Plaintiff and Defendant jointly move this Court for relief from a judgment pursuant to Fed. R. Civ. P. 60(b)(5). In support of this motion, the parties state as follows:

1. This Court entered an order awarding sanctions to Defendant and against Plaintiff in this action on March 21, 2017. [Docket # 21.]

2. The Clerk entered a judgment against Plaintiff in the amount of $6,000.00 on March 21, 2017. [Docket # 22.]

3. The judgment has now been satisfied and Defendant has released Plaintiff from the judgment.

1

4. The satisfaction of the judgment is recent, and the parties believe this joint request is being made within a reasonable time as required by Fed. R. Civ. P. 60(c)(1).

5. The parties' joint motion is not based on Fed. R. Civ. P. 60(b)(1), (2), or (3) and therefore is not required to be brought within one year of the order or judgment.

6. The parties now desire that the Court enter an order granting Plaintiff relief from the Order [Docket # 21] and Judgment [Docket # 22] and marking the judgment satisfied and released pursuant to Fed. R. Civ. P. 60(b)(5).

By: /s/ John William Nelson  
John William Nelson  
State Bar No. 920108  
The Nelson Law Chambers LLC  
2180 Satellite Blvd, Suite 400  
Duluth, Georgia 30097  
Ph.   404.348.4462  
Fax.  404.549.6765  
john@nelsonchambers.com  
*Counsel for Plaintiff*

By: /s/ John T. Lueder  
John T. Lueder  
GA Bar # 460665  
johnlueder@luederlaw.com  
LUEDER LARKIN & HUNTER LLC  
5900 Windward Parkway, Suite 390  
Alpharetta, Georgia 30005  
*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B). The foregoing JOINT MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)(5) was prepared on a computer, using Times New Roman 14-point font.

DATED:   9 October 2018.

/s/ John William Nelson
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.   404.348.4462
Fax.  404.549.6765

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| GLENN HEAGERTY, an individual, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **Case No.: 1:18-cv-03412-ELR-RGV**<br>) |
| LUEDER LARKIN & HUNTER LLC, et al, | ) **CERTIFICATE OF SERVICE**<br>)<br>) |
| Defendant. | )<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned electronically filed JOINT MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)(5) with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

John W. Nelson
john@nelsonchambers.com

John T. Lueder (johnlueder@luederlaw.com)
LUEDER LARKIN & HUNTER LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
**FOR:** Defendant LUEDER LARKIN & HUNTER LLC

[ADDITIONAL RECIPIENTS ON FOLLOWING PAGE.

1

Brandon D. Wagner (bwagner@luederlaw.com)
LUEDER LARKIN & HUNTER LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
**FOR:** Defendant LUEDER LARKIN & HUNTER LLC

Respectfully submitted this **9 October 2018**.

**THE NELSON LAW CHAMBERS, LLC**

      <u>/s/ John William Nelson</u>
      John William Nelson
      State Bar No. 920108

      *Attorney for Plaintiff*

      The Nelson Law Chambers LLC
      2180 Satellite Blvd, Suite 400
      Duluth, Georgia 30097
      Ph.   404.348.4462
      Fax.  404.549.6765