# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

OCT 17 2018

JAMES N. HATTEN, Clerk
By: \_\_\_\_\_ Deputy Clerk

| | |
|---|---|
| GLENN HEAGERTY, | |
| Plaintiff, | Case No.: 2:16-cv-00099-WCO |
| v. | ORDER GRANTING JOINT MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)(5) |
| LUEDER LARKIN & HUNTER LLC, et al, | |
| Defendant. | |

## ORDER JOINT MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)(5)

The parties entered a Joint Motion pursuant to Fed. R. Civ. P. 60(b)(5) asking this Court to vacate its March 21, 2017 order awarding sanctions to Defendant against Plaintiff [Docket # 21] and to set aside the March 21, 2017 judgment against Plaintiff [Docket # 22]. The parties base their joint motion on the full satisfaction and settlement of the order and judgment by Plaintiff.

Seeing as the judgment against Plaintiff for sanctions has been satisfied and that this motion has been brought jointly by the parties within a reasonable time, this Court will grant the desired relief.

1

**IT IS HEREBY ORDERED** that the parties' joint motion to vacate and set aside the March 21, 2017 Order and Judgment [Docket # 26] is GRANTED.

**IT IS FURTHER ORDERED** that the Court's March 21, 2017 order awarding sanctions against Plaintiff and to Defendant [Docket # 21] is VACATED.

**IT IS FURTHER ORDERED** that this the judgment entered in favor of Defendant in this matter based on the vacated order [Docket #22] is SET ASIDE and VACATED.

**IT IS SO ORDERED.**

Date: Oct 17, 2018

Hon. Richard W. Story,
United States District Judge,
Northern District of Georgia

**Order Prepared By:**
/s/ John William Nelson
John William Nelson
State Bar No. 920108
The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.   404.348.4462
Fax.  404.549.6765
john@nelsonchambers.com
*Counsel for Plaintiff*